UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18 CR 831 CDP-2 |
| | ) | |
| JANA STOWERS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

On June 4, 2024, defendant Jana Stowers filed a document captioned "Motion for Sentence Reduction 3582 / Motion for Ineffective Counsel 2255" (ECF 138) in which she seeks to "reopen" this closed criminal case based on the following assertions: that she is actually innocent of the criminal offense of which she was convicted; that the victim was coerced into making statements against her; that proper discovery and witness statements would show that she did not participate in the crime; and that she received ineffective assistance of counsel in the case. Based on the claims raised, I construe Stowers' motion as one to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. I will therefore direct the Clerk of Court to terminate the motion in this criminal case and cause it to be filed as a new civil action under § 2255. Pursuant to Local Rule 2.06(A), I will direct the Clerk to provide Stowers with a standard Court form for § 2255 motions. Stowers will have thirty (30) days from the date of this Order to file an amended motion to vacate on the

Court-provided form, with the amended motion to be filed in the new civil case.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall terminate the motion docketed at ECF 138 in this criminal case and cause the motion to be filed **forthwith** as a new civil action under 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** that upon opening the new civil action, the Clerk of Court shall mail to Jana Stowers a copy of the Court's form "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a person in federal custody."

**IT IS FURTHER ORDERED** that Stowers shall file an amended motion to vacate on the Court-provided form within thirty (30) days of the date of this Order. Failure to timely comply with this Order may result in the dismissal of the civil action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall docket this Order in this criminal case and in the new civil action to be opened as directed by this Order.

*/s/ Catherine D. Perry*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of July, 2024.